**UNITED STATES BANKRUPTCY COURT**
Eastern District of North Carolina FAYETTEVILLE DIVISION

| | |
|---|---|
| IN RE: | Case No.: 14-03384 |
| Debtors: Robert E. Barwick, II and Christina Nunn Barwick | Loan Number (Last 4): 4744 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>DLJ Mortgage Capital, Inc.</u> | <u>Springleaf Financial Services, Inc</u> |
| <u>Serviced by Select Portfolio Servicing, Inc.</u> | |
| Name of Transferee | Name of Transferor |
| 3815 South West Temple | Court Claim # (if known): <u>9</u> |
| Salt Lake City, UT 84115 | Amount of Claim: <u>$49,615.40</u> |
| | Date Claim Filed: <u>08/05/2014</u> |
| Phone: <u>800-258-8602</u> | Last Four Digits of Acct #: <u>3619</u> |
| Last Four Digits of Acct #: <u>4744</u> | |

Name and Address where transferee payments should be sent (if different from above):

PO Box 65450
Salt Lake City, UT 84165

Phone: <u>800-258-8602</u>
Last Four Digits of Acct #: <u>4744</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ MaryAnn Bride</u>    Date: <u>04/01/2015</u>
    Banruptcy Manager

Specific Contact Information:
P: 800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

464681-f12e4bed-3438-44d1-b8c0-92fcb3e9117a